# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2387
LT Case No. 05-2007-CF-048580-A

_____

LARRY DONELL GOODMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Larry Donell Goodman, Crawfordville, pro se.

No Appearance for Appellee.

May 7, 2026

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————